■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERI A. WHYTE, Appellant. [815 NYS2d 883]—Appeal from a judgment of the Cayuga County Court (Peter E. Corning, J.), rendered August 12, 2005. The judgment convicted defendant, upon her plea of guilty, of manslaughter in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting her upon her plea of guilty of manslaughter in the second degree (Penal Law § 125.15 [1]). Contrary to the contentions of defendant, County Court did not abuse its discretion in denying her request for youthful offender status (*see generally* CPL 720.20; *People v Bolling*, 24 AD3d 1195, 1197 [2005]), and the sentence is not unduly harsh or severe. Present—Scudder, J.P., Gorski, Martoche, Green and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL TINNELL, Appellant. [816 NYS2d 398]—Appeal from an order of the Supreme Court, Erie County (Joseph S. Forma, J.), entered April 30, 2004. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, J.P., Gorski, Martoche, Green and Hayes, JJ.